# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| **KLAY PARHAM**<br>*ADC #122113* | **CASE NO: 4:26-cv-00459-BSM** | **PLAINTIFF** |
| **WAYNE WALSH**<br>*ADC #135210* | **4:26-cv-00460-BSM** | **PLAINTIFF** |
| **KELLY CHASE HARRIS**<br>*ADC #158161* | **4:26-cv-00461-BSM** | **PLAINTIFF** |
| **WILFORD TRAVIS MOSIER**<br>*ADC #554500* | **4:26-cv-00462-BSM** | **PLAINTIFF** |
| **DOUGLAS R. WINTER**<br>*ADC #122271* | **4:26-cv-00463-BSM** | **PLAINTIFF** |
| **SERRITIOUS BEDFORD**<br>*ADC #145920* | **4:26-cv-00464-BSM** | **PLAINTIFF** |
| **JORDAN WHEELER**<br>*ADC #555380* | **4:26-cv-00465-BSM** | **PLAINTIFF** |
| **BRYCE BAXTER**<br>*ADC #158105* | **4:26-cv-00466-BSM** | **PLAINTIFF** |
| **DARRELL JOHNSON**<br>*ADC #138533* | **4:26-cv-00467-BSM** | **PLAINTIFF** |

**v.**

**ARKANSAS DEPARTMENT OF CORRECTIONS,** *et al.*      **DEFENDANTS**

## ORDER

The clerk is directed to immediately transfer the entire case file to the United States

District Court for the Western District of Arkansas. Venue properly lies in the Western

District because the events described in the complaints allegedly occurred there.  *See* 28

U.S.C. §1391(b).  The interests of justice are best served by transfer.  *See* 28 U.S.C. §

1406(a).

It is so ordered this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE